**TONER LAW GROUP, PLLC**
By: Paul J. Toner, Esquire (Atty. I.D. 94185)
Michael P. McIlhinney, Esquire (Atty. I.D. 93246)
Kilian C. Teschko, Esquire (Atty. I.D. 332358)
One Penn Square West
30 South 15th Street, Suite 1601
Philadelphia, PA 19102
Ph. 215.282.8525
E. paul@tonerlaw.com

*Attorneys for Defendants KRSM Inc. and Syed Kazmi*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MANSFIELD OIL COMPANY OF GAINESVILLE, INC., Plaintiff, | : | Civil Action No. 2:26-cv-06072-GAM |
| v. | : | |
| KRSM INC. and SYED KAZMI Defendants. | : | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendants KRSM Inc. and SYED KAZMI (collectively, "Defendants") hereby appeal, pursuant to 28 U.S.C.A. § 1292(a)(1), to the United States Court of Appeals for the Third Circuit from the Order of the United States District Court for the Eastern District of Pennsylvania (McHugh, J.) entered in this action on August 28, 2026 (ECF No. 35), granting in part Plaintiff's motions for a preliminary injunction (ECF Nos. 2 and 16). A copy of the Order appealed from is attached as Exhibit A.

**TONER LAW GROUP PLLC**

/s/ *Paul J. Toner*
By: PAUL J. TONER, ESQ.
*Attorney for Defendants KRSM Inc. and Syed Kazmi*

Date: August 31, 2026

**EXHIBIT A**

**Order entered August 28, 2026 (ECF No. 35)**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MANSFIELD OIL COMPANY OF GAINESVILLE, INC.** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | **No. 26-6072** |
| | : | |
| **KRSM INC., *et al.*** | : | |

**ORDER**

This 28th day of August, 2026, for the reasons stated in open court, it is hereby **ORDERED** as follows:

1. Defendants' Motion to Vacate the Temporary Restraining Order, ECF 26, is **GRANTED.** The Temporary Restraining Order imposed by this Court's Order of August 20th, 2026, ECF 10, is **VACATED.**

2. Plaintiff's Motions for Preliminary Injunction, ECF 2 & ECF 16, are **GRANTED in part.** Defendants shall maintain a balance of at least $2,750,000 in the M&T bank account identified in the Electronic Transfer Agreement between the parties with an account number ending in 7805. At any balance at or below $2,750,000, neither Defendants nor any other party may request, and M&T Bank shall refuse to permit, any withdrawals, transfers, or drafts upon that account, except as ordered by this Court.

/s/ Gerald Austin McHugh
United States District Judge

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MANSFIELD OIL COMPANY OF GAINESVILLE, INC., Plaintiff, | : | Civil Action No. 2:26-cv-06072-GAM |
| v. | : | |
| KRSM INC. and SYED KAZMI Defendants. | : | |

**CERTIFICATE OF SERVICE**

I certify that on the date set forth below I caused a true and correct copy of the foregoing Notice of Appeal to be filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

/s/ Paul J. Toner
Paul J. Toner, Esquire
Pa. Bar No. 94185
Toner Law Group, PLLC
One Penn Square West
30 S 15th Street, Suite 1601
Philadelphia, PA 19102

Dated: August 31, 2026