MANSFIELD OIL CO OF GAINESVILE, INC.

v.

KRSM INC.; SYED KAZMI,

Appellants